UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

NO. 10-60032-CIV-MARRA/JOHNSON

C.C. and P.C. on behalf of A.C.,
a minor, and on behalf of all other similarly
situated disabled children,

     Plaintiffs,

vs.

SCHOOL BOARD OF BROWARD COUNTY,
FLORIDA,

     Defendant.
_____/

## ORDER REQUIRING EXPEDITED RESPONSE

     **THIS CAUSE** is before the Court upon Defendant School Board's Appeal of Amended

Omnibus Order (DE 299).

     It is hereby **ORDERED AND ADJUDGED** that Plaintiff shall file a response to the

appeal on or before **Friday, February 26, 2010**.  No reply brief shall be permitted.

     **DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County,

Florida, this 19th day of February, 2010.

_____
KENNETH A. MARRA
United States District Judge

Copies furnished to:
all counsel of record